EVA BUNZELMAN v. MICHAEL BUNZELMAN.— Motion granted on condition that the appeal be brought on for argument on the 16th day of June, 1922. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

MARION C. O'CONNOR v. CORNELIUS O'CONNOR and Others.— Motion granted; appeal to be argued June 16, 1922. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

F. RICART & CO., INC., v. ANTONIO J. SADALLAH.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

HORACE GOLDIN v. WEISS BROTHERS CLARION PHOTOPLAYS, INC., and Others. — Motion granted; appeal to be argued June 16, 1922. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

SOPHIE BRENES v. JOB E. HEDGES, as Receiver, etc.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

In the Matter of ROBERT J. F. SCHWARZENBACH and ALEXANDER & CO., INC. — Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CHARLES DIECKMANN, as Administrator, etc., v. FREDERICK W. DIECKMANN. — Motion for stay pending appeal granted on giving undertaking in the amount of $500 to cover costs in the Supreme Court and on appeal. If not given within ten days, motion denied, with ten dollars costs. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN LUCAS.— Preference granted for June 15, 1922. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

In the Matter of CROTONA AVENUE and ONE HUNDRED AND EIGHTIETH STREET. — Reference ordered. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

In the Matter of TRANSIT COMMISSION.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

HENRY J. ADAMS, an Infant, v. SARAH ADAMS and Others.— Preference granted for June 15, 1922. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ROSE WEINSTEIN, as Administratrix, etc., of MAX WEINSTEIN, Deceased, Respondent, v. PAUL FINKELSTEIN and Another, Appellants.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted as to all items demanded; bill of particulars to be served within ten days. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

OSCAR L. GUBELMAN and Others, as Partners, etc., and Others, Respondents, v. JAMES CARSTAIRS and Others, as Partners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

DAVID I. ROGOW, Appellant, v. GRANBY S. HOWARD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

WILLIAM ROGOW, Appellant, v. GRANBY S. HOWARD, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.